Joseph J. Giannotti, Respondent,
against
Bowlmor Times Square, LLC, Appellant, and Iadventure, LLC, Defendant.




Nicholas Goodman & Associates, PLLC (H. Nicholas Goodman of counsel), for appellant.
Mallilo & Grossman, Esqs. (Spencer R. Bell, Esq.), for respondent (no brief filed).
McGaw, Alventosa & Zajac (Andrew Zajac of counsel), for defendant (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Queens County (Maureen A. Healy, J.), entered March 30, 2017. The order, insofar as appealed from, denied the branch of a motion by defendant Bowlmor Times Square, LLC seeking summary judgment dismissing the complaint insofar as asserted against it.




ORDERED that the order, insofar as appealed from, is reversed, without costs, and the branch of the motion by defendant Bowlmor Times Square, LLC seeking summary judgment dismissing the complaint insofar as asserted against it is granted.
In this action to recover damages for personal injuries, Bowlmor Times Square, LLC (defendant) appeals from so much of an order of the Civil Court as denied the branch of defendant's motion seeking summary judgment dismissing the complaint insofar as asserted against it.
For the reasons stated in Giannotti v Bowlmor Times Sq., LLC (____ Misc 3d ____, 2019 [*2]NY Slip Op ____ [appeal No. 2017-1320 Q C], decided herewith), the order, insofar as appealed from, is reversed, and the branch of defendant's motion seeking summary judgment dismissing the complaint insofar as asserted against it is granted.
PESCE, P.J., WESTON and ALIOTTA, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: May 03, 2019